# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

---

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For Organizational Defendants) |
| v. | CASE NUMBER: 08-cr-00295-WYD-01 |
| PLATTE RIVER ASSOCIATES, INC. | Lee D. Foreman, Retained<br>(Defendant Organization's Attorney) |
| | Robert E. Mydans<br>(Assistant United States Attorney) |

**THE DEFENDANT ORGANIZATION:** Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the organizational defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 50 U.S.C. App. §§ 5 and 16 and 31 C.F.R. §§ 515.201(b)(1) | Trading With the Enemy and Violation of Cuban Assets Control Regulations | 10/00 | 1 |

The defendant organization is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant organization shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant organization shall notify the court and United States Attorney of any material change in the organization's economic circumstances.

| | |
|---|---|
| Defendant Organization's Federal Employer I.D.:  841013725 | September 14, 2009 |
| | Date of Imposition of Judgment |
| Defendant Organization's Business Address: | s/ Wiley Y. Daniel |
| 2790 Valmont Road<br>Boulder, Colorado 80304 | Signature of Judicial Officer |
| Defendant Organization's Mailing Address: | Wiley Y. Daniel, Chief U.S. District Judge |
| SAME | Name & Title of Judicial Officer |
| | September 29, 2009 |
| | Date |

DEFENDANT:  PLATTE RIVER ASSOCIATES, INC.
CASE NUMBER:  08-cr-00295-WYD-01                                                                 Judgment-Page 2 of 3

## MONETARY OBLIGATIONS

The defendant organization shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $400.00 | $14,500.00 | $0.00 |
| **TOTALS** | $400.00 | $14,500.00 | $0.00 |

Interest shall accrue unless the fine is paid in full before the fifteenth day after the date of judgment.

DEFENDANT:  PLATTE RIVER ASSOCIATES, INC.
CASE NUMBER:  08-cr-00295-WYD-01                                                                Judgment-Page 3 of 3

## SCHEDULE OF PAYMENTS

Having assessed the defendant organization's ability to pay, payment of the total monetary obligations shall be due as follows:

The special assessment and fine are due immediately.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant organization shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order:  (1) special assessment, (2) fine principal, (3) fine interest.